Edgar Martirosyan (SBN 260250)
em@mpclegal.com
Melkon Torosyan (SBN 327868)
mt@mpclegal.com
**MARTIROSYAN, P.C.**
601 S. Glenoaks Blvd., Suite 201
Burbank, CA 91502
Tel:   (818) 528-8700
Fax:   (818) 528-8704

Attorneys for Plaintiff,
SHAWN TATEVOSIAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN TATEVOSIAN, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO.: 2:23-cv-03111 MWF (PDx)<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION**<br><br>Complaint Filed:   March 15, 2023<br>Judge:   Hon. Michael W. Fitzgerald |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff SHAWN TATEVOSIAN (hereinafter "Plaintiff") and Defendant STATE FARM GENERAL INSURANCE COMPANY (hereinafter "Defendant" and, collectively with Plaintiff, the "Parties") by and through their counsel of record, hereby notify the Court that the Parties have just reached a settlement of all claims between them in the above-entitled matter.  The Parties will bear their own

costs and fees.

Upon completion of their duties, as mandated under the settlement agreement, the Parties will file with this Court a joint notice of dismissal, with prejudice. The Parties hereby request that the Court retain jurisdiction over this case until they finalize the settlement and proceed with dismissal, which they anticipate will take no more than sixty (60) days. The Parties also request that the Court take off calendar the Pending Motion for Summary Judgment scheduled for April 8, 2024.

Dated:  April 2, 2024  **MARTIROSYAN P.C.**

By: /s/ Edgar Martirosyan
Edgar Martirosyan, Esq.
Melkon Torosyan, Esq.
Attorneys for Plaintiff,
SHAWN TATEVOSIAN

Dated:  April 2, 2024  **MUSICK, PEELER & GARRETT LLP**

By: /s/ Steven J. Elie
Steven J. Elie, Esq.
Attorney for Defendant,
STATE FARM GENERAL INSURANCE COMPANY

This Joint Notice is electronically signed by counsel for the Parties pursuant to Local Rule 5-4.3.4. I, Edgar Martirosyan, as the filer of this Joint Notice Regarding Settlement and Request to Retain Jurisdiction, attest that all other signatories listed above, who electronically signed with a "s" and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.