Edgar Martirosyan (SBN 260250)
em@mpclegal.com
Melkon Torosyan (SBN 327868)
mt@mpclegal.com
**MARTIROSYAN, P.C.**
601 S. Glenoaks Blvd., Suite 201
Burbank, CA 91502
Tel:  (818) 528-8700
Fax:  (818) 528-8704

Attorneys for Plaintiff,
SHAWN TATEVOSIAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN TATEVOSIAN, an Individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 50, inclusive.<br><br>  Defendants. | CASE NO.: 2:23-cv-03111 MWF (PDx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   March 15, 2023<br>Judge:          Hon. Michael W. Fitzgerald |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SHAWN TATEVOSIAN (hereinafter "Plaintiff") and Defendant STATE FARM GENERAL INSURANCE COMPANY (hereinafter "Defendant" and, collectively with Plaintiff, the "Parties"), through their undersigned counsel, stipulate to dismiss the above-captioned action with prejudice.

///

The Parties have entered into a settlement agreement and agreed that each side shall bear its own costs and fees.

Dated:   April 22, 2024          **MARTIROSYAN P.C.**

By:   */s/ Edgar Martirosyan*
Edgar Martirosyan, Esq.
Melkon Torosyan, Esq.
Attorneys for Plaintiff,
SHAWN TATEVOSIAN

Dated:   April 22, 2024          **MUSICK, PEELER & GARRETT LLP**

By:   */s/ Steven J. Elie*
Steven J. Elie, Esq.
Attorney for Defendant,
STATE FARM GENERAL
INSURANCE COMPANY

This Stipulation to Dismiss is electronically signed by counsel for the Parties pursuant to Local Rule 5-4.3.4. I, Edgar Martirosyan, as the filer of this document, attest that all other signatories listed above, who electronically signed with a "s" and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.